## PEARSON v. STATE.

### No. 18787.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

Greenwood & Reeves, of Palestine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed at thirty-five years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception accompany the record. In such condition nothing is presented for review.

The judgment is affirmed.